IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 SEP 23 AM 8 34

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

| | |
|---|---|
| BRENDA PEREZ PANIAGUA, et al., | ' |
| Plaintiffs, | ' |
| v. | CIVIL NO. 98-2318 (RLA) |
| DR. JOSE R. ALVAREZ-RUIZ, et al., | ' |
| Defendants. | ' |

**MINUTES OF FURTHER STATUS CONFERENCE
HELD ON SEPTEMBER 29, 1999
AND SETTING FURTHER STATUS CONFERENCE**

At the FURTHER CONFERENCE held on September 20, 1999 from 2:45 p.m. to 3:30 p.m. plaintiffs were represented by LUIS R. MELLADO, ESQ., codefendant DR. RUIZ-ALVAREZ by IVAN O. GONZALEZ CRUZ, ESQ., and codefendant SIMED by JESUS R. MORALES CORDERO, ESQ.

**ELSA ESQUILIN**

Plaintiffs have yet to serve ELSA ESQUILIN with process. According to counsel, he was waiting for the summons to be issued by the Clerk of the Court. Unless plaintiffs serve the newly named defendant with process **no later than October 6, 1999** and so certify to the Court **no later than October 20, 1999** the claims asserted against her shall be dismissed for lack of prosecution.

Attorney DOMINGUEZ will provide MRS. ESQUILIN's address to plaintiff's counsel by **September 21, 1999** if known by his client.

AO 72
(Rev 8/82)

CIVIL NO. 98-2318 (RLA)                                                    Page 2

---

## MEDICAL RECORDS

Defendants complained that they had only received excerpts of JOSHUA's medical records despite their extensive discovery requests and the fact that the minor plaintiff had been receiving treatment for at least 6 years.  Further, the information provided was of limited use since it did not specify the location and/or dates of treatment.  According to MR. DOMINGUEZ, defendant's expert, DR. VIGO, cannot prepare his report until all records are made available to him for review.

MR. MELLADO indicated that he had produced all documents in his possession but that it was difficult to communicate with MRS. MENDEZ, currently residing in Daytona, Florida, because JOSHUA was in constant need of medical attention due to hydrocephalia developed as a consequence of his condition.  Plaintiffs' counsel explained, the minor was treated at various naval medical facilities in Virginia, Puerto Rico and Germany.  In addition, he received medical attention at John Hopkins and at the Florida Hospital.  Pursuant to the parties' request, the Court will issue individual orders for production of records to the various hospitals to ensure the documentation is complete.

The parties shall file, **no later than October 6, 1999,** a joint motion listing all medical facilities where the minor received or is currently receiving treatment specifying for each such

CIVIL NO. 98-2318 (RLA)                                              Page 3

1
institution the address, name of the attending physicians, dates of
2
treatment as well as any other pertinent information to the
3
producing institution.
4

5       Additionally, the motion shall indicate the minor's date of
6   birth and social security number as well as who will be responsible
7   for (1) service of the orders, (2) payment of the reproduction and
8   mailing expenses, (3) where the copies should be mailed.

9                           **MODIFIED TIME-TABLE**

10      Given the status of the proceedings, the parties shall file,
11  **no later than November 30,  1999,** a proposed amended time-table for
12  completion of discovery and for amending the pleadings to include
13  additional defendants and/or third-party defendants.

14                          **DEPOSITIONS IN FLORIDA**

15      The deposition of MRS. MENDEZ will be taken in Florida on
16  **October 15, 1999** because she is unable to travel to Puerto Rico due
17  to JOSHUA's condition.  Any motion supplementing the request for
18  medical records as a result of her deposition shall be filed **no**
19  **later than October 29, 1999.**
20

21      Plaintiffs' counsel shall furnish defendants without delay the
22  name of JOSHUA's current physicians as well as all pertinent
23  information to allow their depositions to be taken on **October 15,**
24  **1999** as well.
25

26

CIVIL NO. 98-2318 (RLA)                                    Page 4

---

1                          **FURTHER STATUS CONFERENCE**

2

3       A FURTHER STATUS CONFERENCE is hereby set for **January 12, 2000**

4    **at 11:00 a.m.**

5       IT IS SO ORDERED.

6       San Juan, Puerto Rico, this 22 day of September, 1999.

7

8                                        _____

9                                        RAYMOND L. ACOSTA
                                         United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CIVIL NO. 98-2318 (RLA)**                                        **Page 5**

1

2

### SUMMARY OF DEADLINES AND SETTINGS

3

4

5   **9/21/99**      Deadline for MR. DOMINGUEZ to furnish MRS.
                 ESQUILIN's address to opposing counsel, if known.

6

    **10/6/99**      Deadline for serving MRS. ESQUILIN with process.

7

    **10/6/99**      Deadline for joint motion regarding medical records.

8

9   **10/15/99**     Depositions in Florida.

10  **10/20/99**     Deadline for plaintiffs to certify to the Court
                 having served MRS. ESQUILIN with process.

11

    **11/30/99**     Deadline for joint motion suggesting modified
12               discovery time-table and deadline for including
                 additional parties.

13

    **1/12/2000**    FURTHER STATUS CONFERENCE at **11:00 a.m.**

14

15

16

17

18

19

20

21

22

23

24

25

26