UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



BRENDA MENDEZ-PANIAGUA

v.   CIVIL NO. 98-2318 (RLA)

DR. JOSE ALVAREZ-RUIZ

O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 10/6/99   **Docket #** 18<br><br>[X] Plffs.<br><br>**Title:** MOTION INFORMING DR. JOSE ALVAREZ RUIZ' FAILURE TO PROVIDE PLAINTIFF WITH MRS. ELSA ESQUILIN'S LAST KNOWN ADDRESS, AND IN REQUEST FOR ENLARGEMENT OF TIME TO SERVE DEFENDANT... | It appearing that DR. ALVAREZ lost contact with his former wife since 1997 plaintiffs' request for an order to show cause is **DENIED**.<br><br>Plaintiffs are granted a final extension of time until **November 15, 1999** to serve MRS. ESQUILIN with process and until **November 30, 1999** to submit the executed summons return.<br><br>Plaintiffs are admonished that failure to comply with the aforementioned deadlines shall result in the automatic dismissal of the claims asserted against MRS. ESQUILIN. |

October *14*, 1999          By /s/ RAYMOND L. ACOSTA
Date                              U.S. District Judge

Rec'd:        EOD:

By       # 19

4