UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 NOV 29 AM 7:58
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P R

BRENDA MENDEZ-PANIAGUA

V.                                        CIVIL NO. 98-2318 (RLA)

DR. JOSE ALVAREZ-RUIZ

O R D E R

| MOTION | RULING |
| --- | --- |
| **Date Filed:** 11/15/99  **Docket #** 20<br><br>[X] Plffs.<br><br>**Title:** PLAINTIFFS' REQUEST FOR ADDITIONAL ENLARGEMENT OF TIME TO SERVE CODEFENDANT MRS. ELSA ESQUILIN WITH PROCESS THROUGH NOVEMBER 30, 1999 | **GRANTED** until November 30, 1999 to serve codefendant with process and **until December 10, 1999** to submit the executed return. |

November 24, 1999           By  RAYMOND L. ACOSTA
        Date                      U.S. District Judge

Rec'd:        EOD:

By:     # 21

4