IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BRENDA PEREZ PANIAGUA,
et al.,

    Plaintiffs,

    v.                           CIVIL NO. 98-2318 (RLA)

DR. JOSE R. ALVAREZ-RUIZ,
et al.,

    Defendants.

## PARTIAL JUDGMENT
### DISMISSING CLAIMS AGAINST ELSA ESQUILILN

Plaintiff's Notice of Voluntary Dismissal Without Prejudice, filed on December 10, 1999 (docket No. **22**) is hereby **GRANTED**.

Accordingly, it is hereby ORDERED AND ADJUDGED that the claims asserted against codefendant ELSA ESQUILIN be and the same is hereby **DISMISSED WITHOUT PREJUDICE.**

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 20 day of December, 1999.

RAYMOND L. ACOSTA
United States District Judge

*Received & Filed 1999 DEC 21 PM 1:28, Clerk's Office, U.S. District Court, San Juan PR*

AO 72
(Rev 8/82)