IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BRENDA PEREZ PANIAGUA,
et al.,

    Plaintiffs,

    v.                        CIVIL NO. 98-2318 (RLA)

DR. JOSE R. ALVAREZ-RUIZ,
et al.,

    Defendants.

### ORDER EXTENDING TERM TO FILE JOINT PRETRIAL ORDER

The parties' request via telephone on August 8, 2000 for an extension until **August 9, 2000 at 2:00 p.m.** to submit the proposed Joint Pretrial Order is **GRANTED**.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 8th day of August, 2000.

RAYMOND L. ACOSTA
United States District Judge