IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BRENDA PEREZ PANIAGUA,
et al.,

    Plaintiffs,

    v.                          CIVIL NO. 98-2318 (RLA)

DR. JOSE R. ALVAREZ-RUIZ,
et al.,

    Defendants.

## MINUTES OF PRETRIAL/SETTLEMENT CONFERENCE
## HELD ON AUGUST 10, 2000 AND
## RE-SETTING JURY TRIAL AND PRETRIAL/SETTLEMENT CONFERENCE

At the PRETRIAL/SETTLEMENT CONFERENCE held on August 10, 2000 from 11:00 a.m. to 12:30 p.m. plaintiffs were represented by LUIS R. MELLADO, ESQ., codefendant DR. RUIZ-ALVAREZ by IGOR DOMINGUEZ, ESQ., and codefendant SIMED by JESUS R. MORALES CORDERO, ESQ.

Sanctions were imposed against each attorney individually in the amount of $75.00 for the tardy submission of the JOINT PRETRIAL ORDER.

Counsel explained their respective views on the relevance of the testimony of DR. PEDRO ROSSELLO in this action as well as their unsuccessful attempts to depose DR. ROSSELLO, subpoena him for trial and to obtain copy of his medical records.

**CIVIL NO. 98-2318 (RLA)**                                                          **Page 2**

---

The parties further advised that they had informally agreed on the report and deposition of DR. VIGO, defendants' expert witness.

Settlement discussions were held. Counsel for SIMED advised that the insurer was in the process of reviewing his settlement recommendation but would not have a formal response until next week. MR. DOMINGUEZ advised that even if the insurer approved settlement he could not procure his client's consent until after DR. ROSSELLO's deposition had been taken.

In view of the foregoing, the Joint Motion Requesting Re-scheduling of Trial, filed on August 10, 2000 is **GRANTED**.

DR. ROSSELLO's deposition will be notified by plaintiffs and will be set for a date **after November 7, 2000**. The Court will issue an order instructing DR. ROSSELLO to appear for the taking of his deposition and for production of his medical records.

**JURY TRIAL**

**TRIAL** in this action originally set for August 22, 2000 is hereby rescheduled for **February 6, 2001 at 9:30 a.m.**

**PRETRIAL/SETTLEMENT CONFERENCE**

A **PRETRIAL/SETTLEMENT CONFERENCE** is hereby scheduled for **January 25, 2001 at 10:30 a.m.**

AO 72
(Rev 8/82)

CIVIL NO. 98-2318 (RLA)                                              Page 3

---

A Supplemental Proposed Joint Pretrial Order[1] incorporating information obtained from DR. ROSSELLO, if warranted, shall be filed **on or before January 18, 2001.** A courtesy copy to be delivered directly to the chambers of the undersigned.

### STANDING ORDER

The parties shall file a TRIAL BRIEF, PROPOSED JURY INSTRUCTIONS, PROPOSED VOIR DIRE and PROPOSED VERDICT FORM[2] no later than **January 31, 2001** in accordance with the undersigned's STANDING ORDER FOR CIVIL TRIALS issued on **February 10, 1994.**

The parties shall make the necessary arrangements with the courtroom deputy clerk to have the evidence marked prior to trial.[3]

IT IS SO ORDERED.

San Juan, Puerto Rico, this 14th day of August, 2000.

RAYMOND L. ACOSTA
United States District Judge

---

[1] The document shall conform to the requirements set forth in the Minutes of Further Status Conference Held on January 12, 2000... (docket No. 25).

[2] Courtesy copies of all these documents shall be delivered directly to the chambers of the undersigned.

[3] The parties shall furnish the undersigned an additional copy of all documents intended to be presented as evidence at trial.

CIVIL NO. 98-2318 (RLA)  Page 4

**SUMMARY OF DEADLINES AND SETTINGS**

| | |
|---|---|
| **** | Deposition of DR. PEDRO ROSSELLO **after November 7, 2000** |
| 1/18/2001 | Deadline for filing SUPPLEMENTAL JOINT PRETRIAL ORDER |
| 1/25/2001 | PRETRIAL/SETTLEMENT CONFERENCE at **10:30 a.m.** |
| 1/31/2001 | Deadline for filing TRIAL BRIEF, PROPOSED JURY INSTRUCTIONS, PROPOSED VOIR DIRE and PROPOSED VERDICT FORM |
| **** | Parties to mark evidence prior to trial |
| **** | Parties to provide the court copy of all documents intended to be presented as evidence at trial. |
| 2/6/2001 | JURY TRIAL at **9:30 a.m.** |

AO 72
(Rev 8/82)