IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BRENDA PEREZ PANIAGUA,
et al.,

    Plaintiffs,

v.      CIVIL NO. 98-2318 (RLA)

DR. JOSE R. ALVAREZ-RUIZ,
et al.,

    Defendants.

**ORDER CONTINUING PRETRIAL/SETTLEMENT CONFERENCE AND TRIAL AND SETTING DEADLINE FOR FILING SETTLEMENT STIPULATION AND PETITION REGARDING MINOR'S CLAIMS**

The Motion Informing Settlement filed by plaintiffs is hereby **NOTED**. Accordingly, the PRETRIAL/SETTLEMENT CONFERENCE set for January 25, 2001 and the JURY TRIAL scheduled for February 6, 2001 are hereby **CONTINUED**.

The settlement stipulation as well as the request for approval of settlement of the minor's claims shall be filed **no later than February 28, 2001**.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 25 day of January, 2001.

    RAYMOND L. ACOSTA
    United States District Judge

AO 72
(Rev 8/82)