UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BRENDA MENDEZ-PANIAGUA

V.                              CIVIL NO. 98-2318 (RLA)

DR. JOSE ALVAREZ-RUIZ

O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 2/28/2001  **Docket #** 34 | GRANTED until March 12, 2001. |
| [X] Plffs. | |
| **Title:** MOTION FOR ENLARGEMENT OF TIME TO SUBMIT SETTLEMENT STIPULATION | |

March 7, 2001                    RAYMOND L. ACOSTA
     Date                        U.S. District Judge

Rec'd:        EOD:

By: /s/  # 35