IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BRENDA PEREZ PANIAGUA,
et al.,

    Plaintiffs,

v.                                          CIVIL NO. 98-2318 (RLA)

DR. JOSE R. ALVAREZ-RUIZ,
et al.,

    Defendants.

### ORDER SCHEDULING CONFERENCE

A Conference is hereby set for **April 4, 2001 at 3:30 p.m.** to discuss the terms of the settlement stipulation as well as the investment of the minor's funds.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 3rd day of April, 2001.

                    RAYMOND L. ACOSTA
                    United States District Judge

AO 72
(Rev 8/82)