IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BRENDA PEREZ PANIAGUA,
et al.,

    Plaintiffs,

    v.                      CIVIL NO. 98-2318 (RLA)

DR. JOSE R. ALVAREZ-RUIZ,
et al.,

    Defendants.

### MINUTES OF CONFERENCE HELD ON APRIL 4, 2001

At the Conference held on April 4, 2001 from 4:00 p.m. to 4:30 p.m. plaintiffs were represented by LUIS R. MELLADO, ESQ. Codefendant SIMED appeared through JESUS R. MORALES CORDERO, ESQ. IGOR DOMINGUEZ, ESQ., counsel for codefendant DR. ALVAREZ, was excused.

Counsel advised that they had finally agreed on the terms of the settlement stipulation. Only the signature of MR. DOMINGUEZ is pending. The stipulation duly signed shall be filed **no later than April 6, 2001.**

The approval of the settlement of the minor's cause of action and the terms of the corresponding order were discussed. A separate order will be issued regarding payment of the net awards for both the minor and his mother as well as for attorney's fees. Various



AO 72
(Rev 8/82)

**CIVIL NO. 98-2318 (RLA)**                                                                  **Page 2**

alternatives for investment of the minor's funds were considered. It appears that a savings account with the Clerk's designated financial institution which would yield a 4.3% interest rate is the most advantageous for the minor in terms of liquidity, security and yield.

The court is amenable to entertain requests for recurrent and/or extraordinary expenses required by the minor's condition provided that they are duly documented.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 5th day of April, 2001.

RAYMOND L. ACOSTA
United States District Judge