IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BRENDA PEREZ PANIAGUA,
et al.,

    Plaintiffs,

    v.    CIVIL NO. 98-2318 (RLA)

DR. JOSE R. ALVAREZ-RUIZ,
et al.,

    Defendants.

## ORDER APPROVING SETTLEMENT AGREEMENT
## AND FOR INVESTMENT OF MINOR'S FUNDS BY THE CLERK OF THE COURT

Plaintiffs having shown cause, the court hereby finds that the settlement agreement involving the minor plaintiff JOSHUA ALVAREZ MENDEZ is in his best interest.

Accordingly, the Petition for Judicial Authorization on the Distribution of Settlement Proceeds, filed by BRENDA MENDEZ PANIAGUA on behalf of her son on March 12, 2001 (docket No. 36) is hereby **APPROVED**.

Accordingly, the Court finds that the sum of $125,000.00 for settlement of the claims of JOSHUA ALVAREZ MENDEZ in this action is fair and reasonable.

It is further ORDERED that the minor's award will be subject to a 25% deduction of attorney's fees for services rendered by his

AO 72
(Rev 8/82)

**CIVIL NO. 98-2318 (RLA)**                                                      Page 2

---

counsel, LUIS R. MELLADO GONZALEZ, as well as the reimbursement for litigation expenses incurred by MR. MELLADO in the sum of $7,054.96.

It is further ORDERED that the net award for JOSHUA ALVAREZ MENDEZ, SSN **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**, date of birth **August 1, 1988,** in the sum of **$88,710.64**[1] shall be deposited by SIMED with the Clerk of the Court **no later than May 10, 2001.**

Upon defendant depositing these monies, the Clerk of the Court shall invest the net sum of **$88,710.64** in an interest-bearing account at the Court's designated financial institution in the name of the minor JOSHUA ALVAREZ MENDEZ.

No withdrawal of these funds shall be made except by Order of this Court.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 5th day of April, 2001.

RAYMOND L. ACOSTA
United States District Judge

---

[1]         $125,000.00 settlement award
            -31,250.00 attorney's fees
            -_7,054.96_ expenses
            $ 88,710.64 **NET AWARD**