IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

1

2

3   BRENDA PEREZ PANIAGUA,
    et al.,

4
        Plaintiffs,

5
        v.                        CIVIL NO. 98-2318 (RLA)

6
    DR. JOSE R. ALVAREZ-RUIZ,
7   et al.,

8       Defendants.

9   _____

10

11          **ORDER IN THE MATTER OF DISTRIBUTION**
                **OF SETTLEMENT AWARD**

12
        The Court having approved the terms of the settlement agreement

13
    involving the minor plaintiff JOSHUA ALVAREZ MENDEZ, the balance of

14
    the settlement award shall be paid by codefendant SIMED as follows:

15
        1.   A check made payable to BRENDA MENDEZ PANIAGUA for the net

16
             sum of **$31,484.40,** and

17
        2.   A check made payable to LUIS R. MELLADO GONZALEZ, ESQ. for

18
             the total sum of $**$54,804.40** corresponding to attorneys'

19
             fees and expenses incurred by counsel in this litigation.

20
    IT IS SO ORDERED.

21
    In San Juan, Puerto Rico, this 5 day of April, 2001.

22

23

24                              _____
                                    RAYMOND L. ACOSTA
25                              United States District Judge

26

5

AO 72
(Rev 8/82)

(43)