IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BRENDA PEREZ PANIAGUA,
et al.,

    Plaintiffs,

    v.                      CIVIL NO. 98-2318 (RLA)

DR. JOSE R. ALVAREZ-RUIZ,
et al.,

    Defendants.

### **JUDGMENT**

The settlement stipulation filed by the parties on April 5, 2001 is hereby **APPROVED**.

Accordingly, it is hereby ORDERED AND ADJUDGED that the parties be and the same are bound by the terms of their settlement agreement which are incorporated herein *in extenso*.

It is further ORDERED AND ADJUDGED that this Judgment shall become final and unappealable since the date of entry.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 5 day of April, 2001.

                                      RAYMOND L. ACOSTA
                                  United States District Judge

AO 72
(Rev 8/82)