UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BRENDA MENDEZ-PANIAGUA

v.　　　　　　　　　　　　　CIVIL NO. 98-2318 (RLA)

DR. JOSE ALVAREZ-RUIZ

O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 5/23/01   **Docket #** 45<br><br>[X] Dft.  SIMED<br><br>**Title:** INFORMATIVE MOTION AND DEPOSITING FUNDS IN SATISFACTION OF SETTLEMENT AGREEMENT WITH MINOR | NOTED. |

May 31, 2001
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:　　　EOD:

By: /s/  # 46