UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BRENDA MENDEZ-PANIAGUA

v.                    CIVIL NO. 98-2318 (RLA)

DR. JOSE ALVAREZ-RUIZ

O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 8/21/01    **Docket #** 47<br><br>[X] Plff.<br><br>**Title:** INFORMATIVE MOTION [Inquiring details of bank account] | The $88,710.64 settlement award was deposited in a savings account with BANCO SANTANDER, the Court's designated financial institution, Corporate Accounts Department, Hato Rey, P.R. Act. No. **400-567-6520** earing interest at a 4.3% rate. |

September 5, 2001                    RAYMOND L. ACOSTA
        Date                          U.S. District Judge

Rec'd:            EOD:

By: ___ # 48

5